**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kawone Kareem WALKER, a/k/a Fish, Defendant–Appellant.**

No. 01–6216.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2001.

Decided June 25, 2001.

Kawone Kareem Walker, pro se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, VA, for appellee.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kawone Kareem Walker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Walker,* Nos. CR–96–53; CA–99–485–7 (W.D.Va. Oct. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*